**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

**Southern District of Florida**

Case number (*If known*): _____   Chapter **11**

☐ Check if this is an amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy        04/25

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals*, is available.

| | | |
|---|---|---|
| 1. | **Debtor's name** | **Repaintex Company** |
| 2. | **All other names debtor used in the last 8 years**  Include any assumed names, trade names, and *doing business as* names | |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **54-1863053** |

4. **Debtor's address**

| **Principal place of business** | **Mailing address, if different from principal place of business** |
|---|---|
| **722 E Market Street, Suite 102-A28** | |
| Number    Street | Number    Street |
| **Leesburg**    **VA**    **20176** | |
| City    State    Zip Code | City    State    Zip Code |
| | **Location of principal assets, if different from principal place of business** |
| | Number    Street |
| **LOUDOUN** | |
| County | City    State    Zip Code |

5. **Debtor's website (URL)**    **www.repaintex.com**

---

Official Form 201                    **Voluntary Petition for Non-Individuals Filing for Bankruptcy**                    page 1 of 5
Copyright © Financial Software Solutions, LLC                                                                               BlueStylus

Debtor **Repaintex Company**  Case number *(if known)*
         Name

**6. Type of debtor**
- ☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
- ☐ Partnership (excluding LLP)
- ☐ Other. Specify: _____

**7. Describe debtor's business:**

A. *Check one:*
- ☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
- ☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
- ☐ Railroad (as defined in 11 U.S.C. § 101(44))
- ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
- ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
- ☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
- ☑ None of the above

B. Check all that apply:
- ☐ Tax-exempt entity (as described in 26 U.S.C. § 501)
- ☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)
- ☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes .

**2362**

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*
- ☐ Chapter 7
- ☐ Chapter 9
- ☑ Chapter 11. *Check **all** that apply:*
  - ☑ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,424,000 (amount subject to adjustment on 4/01/28 and every 3 years after that).
  - ☑ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
  - ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.
  - ☐ A plan is being filed with this petition.
  - ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).
  - ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.
  - ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.
- ☐ Chapter 12

Debtor **Repaintex Company**  Case number *(if known)*
    Name

**9.** **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

☒ No
☐ Yes. District _____ When __/__/____ Case number _____
     District _____ When __/__/____ Case number _____

If more than 2 cases, attach a separate list.

**10.** **Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

☐ No
☒ Yes. Debtor **Carlos Augusto Acosta**  Relationship **Affiliate**
     District **Southern District of Florida, Miami Division**  When **3/27/2025**
     Case number, if known **25-13288-LMI**

List all cases. If more than 1, attach a separate list.

**11.** **Why is the case filed in *this district*?**

Check all that apply:

☐ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☒ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12.** **Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☒ No
☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (Check all that apply.)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
    What is the hazard? _____
☐ It needs to be physically secured or protected from the weather.
☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).
☐ Other _____

**Where is the property?** _____
    Number    Street
    _____
    City        State    ZIP Code

**Is the property insured?**

☐ No
☐ Yes. Insurance agency _____
    Contact name _____
    Phone _____

Debtor  **Repaintex Company**                                         Case number *(if known)* _____
        Name

|  | **Statistical and administrative information** |
|---|---|

**13. Debtor's estimation of available funds**

*Check one:*

☐ Funds will be available for distribution to unsecured creditors.

☒ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors.

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ☒ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5,001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than 100,000 |
| ☐ 200-999 | | |

**15. Estimated assets**

| | | |
|---|---|---|
| ☐ $0-$50,000 | ☐ $1,000,001-$10 million | ☐ $500,000,001-$1 billion |
| ☐ $50,001-$100,000 | ☐ $10,000,001-$50 million | ☐ $1,000,000,001-$10 billion |
| ☒ $100,001-$500,000 | ☐ $50,000,001-$100 million | ☐ $10,000,000,001-$50 billion |
| ☐ $500,001-$1 million | ☐ $100,000,001-$500 million | ☐ More than $50 billion |

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0-$50,000 | ☐ $1,000,001-$10 million | ☐ $500,000,001-$1 billion |
| ☐ $50,001-$100,000 | ☐ $10,000,001-$50 million | ☐ $1,000,000,001-$10 billion |
| ☐ $100,001-$500,000 | ☐ $50,000,001-$100 million | ☐ $10,000,000,001-$50 billion |
| ☒ $500,001-$1 million | ☐ $100,000,001-$500 million | ☐ More than $50 billion |

|  | **Request for Relief, Declaration, and Signatures** |
|---|---|

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **4/21/2025**
              MM / DD / YYYY

× **/s/ Carlos Acosta**                                 **Carlos Acosta**
  Signature of authorized representative of debtor       Printed name

  Title   **President**

Debtor  **Repaintex Company**                                              Case number *(if known)* _____
         Name

| 18. | Signature of attorney | ✗ | **/s/ Jacqueline Calderin** | Date | **4/21/2025** |

Signature of attorney for debtor                                             MM / DD / YYYY

**Jacqueline Calderin**
Printed name

**Agentis PLLC**
Firm name

**45 Almeria Avenue**
Number        Street

**Coral Gables**                       **FL**            **33134**
City                                   State            ZIP Code

**(305) 722-2002**                     **jc@agentislaw.com**
Contact Phone                          Email address

**134414**                             **Florida**
Bar number                             State

Official Form 201            **Voluntary Petition for Non-Individuals Filing for Bankruptcy**            page 5 of 5
Copyright © Financial Software Solutions, LLC                                                           BlueStylus

**Fill in this information to identify your case:**

Debtor Name  **Repaintex Company**

United States Bankruptcy Court for the: **Southern District of Florida**

Case number (*If known*):

☐ Check if this is an amended filing

## Official Form 204

# Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
**12/15**

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an *insider*, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1 | American Express<br>PO BOX 6031<br>Carol Stream, IL 60197-6031 | American Express<br>() - | Trade Debt | | | | $7,300.00 |
| 2 | Erie Insurance<br>c/o Micheal Black, Esq.<br>2301 W. 22nd Street, Suite 301<br>Oak Brook, IL 60523 | Erie Insurance<br>(630) 279-9761<br>info@brennanclark.com | Trade Debt | | | | $4,500.00 |
| 3 | Wolter Kluwer<br>PO Box 4349<br>Carol Stream, IL 60197-4349 | Wolter Kluwer<br>(855) 957-7378<br>creditServices@wolterskluwer.com | Trade Debt | | | | $885.00 |
| 4 | Leesburg Innovation<br>722 East Market Street, Suite 102<br>Leesburg, VA 20176 | Leesburg Innovation<br>(703) 348-8860<br>info@leesburginnovation.com | Rent | Disputed | | | $858.53 |

Official Form 204    Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims    page 1 of 1

Copyright © Financial Software Solutions, LLC    BlueStylus

## United States Bankruptcy Court

### Southern District of Florida

In re  **Repaintex Company**
Debtor(s)

Case No.
Chapter  **11**

# VERIFICATION OF CREDITOR MATRIX

The above-named Debtor(s) hereby verify that the attached list of creditors is true and correct to the best of their knowledge.

Date:  **4/21/2025**

**/s/ Carlos Acosta**
**Carlos Acosta**
Signature of Debtor

Copyright © Financial Software Solutions, LLC

**American Express**
**PO BOX 6031**
**Carol Stream, IL 60197-6031**


**Carlos Acosta**
**12911 Oleander Road**
**Miami, FL 33181**


**Elk River Development f/k/a Adams Construction Group, LLC**
**PO Box 413**
**Warrenton, VA 20188**


**Erie Insurance**
**c/o Micheal Black, Esq.**
**2301 W. 22nd Street, Suite 301**
**Oak Brook, IL 60523**


**Internal Revenue Service**
**PO Box 7346**
**Fort Lauderdale, FL 33324-0000**


**Leesburg Innovation**
**722 East Market Street, Suite 102**
**Leesburg, VA 20176**


**Maryland Department of Revenue**
**Annapolis Compliance**
**60 West Street**
**Suite 102**
**Annapolis, MD 21401-2479**

Copyright © Financial Software Solutions, LLC

**Miami Dade County Tax Collector**
**Bankruptcy Paralegal Unit**
**200 N.W. Second Avenue, Suite 430**
**Miami, FL 33130-0000**


**NJ Division of Taxation**
**PO Box 046**
**Trenton, NJ 08601-0046**


**PA Department of Revenue**
**PO BOX 280418**
**Harrisburg, PA 17128-0418**


**Virginia Tax**
**1957 Westmoreland Street**
**Richmond, VA 23230-3225**


**Wolter Kluwer**
**PO Box 4349**
**Carol Stream, IL 60197-4349**