UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

In re:  
**Repaintex Company**

Case No.: **25-14334-LMI**  
Chapter: **11**

**Debtors(s)**

CORPORATE OWNERSHIP STATEMENT

Pursuant to Bankruptcy Rule 1007(a) or Bankruptcy Rule 7007.1, **Repaintex Company**, a

☑ Corporate Debtor  
☐ Party to an adversary proceeding  
☐ Party to a contested matter  
☐ Member of committee of creditors

makes the following disclosure(s):

All corporations, other than a governmental unit, that directly or indirectly own ten percent (10%) or more of any class of the corporation's equity interests, are listed below:

OR

☑ There are no entities that directly or indirectly own ten percent (10%) or more of any class of the corporation's equity interest.

04/29/2025  
Date

By: **/s/ Jacqueline Calderin**  
**Jacqueline Calderin**  
Signature of Attorney or Litigant  
Counsel for **Repaintex Company**  
**Agentis PLLC**  
**45 Almeria Avenue**  
**Coral Gables, FL 33134**  
Telephone: **(305) 722-2002**

CORPORATE OWNERSHIP STATEMENT                                              page 1 of 1