UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
www.flsb.uscourts.gov

*In re:*

REPAINTAEX COMPANY,

      Debtor.                              /

Chapter 11
Subchapter V

Case No.: 25-14334-LMI

### DECLARATION PURSUANT TO 11 U.S.C. § 1116(1)

**BEFORE ME**, the undersigned authority, personally appeared Carlos Acosta, President of REPAINTAEX COMPANY, the above referenced Debtor in Possession, in Miami-Dade County, Florida, who after being duly sworn, deposes and says as follows:

1. Pursuant to 11 U.S.C. § 1116(1)(A), I, Carlos Acosta, declare that the tax return for the year 2024 [ECF# 2] was filed.

2. Pursuant to 11 U.S.C. § 1116(1)(B), I, Carlos Acosta, declare that as of today the Debtor's (i) balance sheet and (ii) cash flow statement / profit and loss are not available.

3. Pursuant to 11 U.S.C. § 1116(1)(B), I, Carlos Acosta, declare that the Debtor does not prepare a statement of operations in the ordinary course of its business.

**FURTHER AFFIANT SAYETH NAUGHT.**

By: Carlos Acosta
Title: President

**SWORN TO AND SUBSCRIBED** before me by means of ☒ physical presence or ☐ online notarization, this 29th day of April 2025, by Carlos Acosta, who is personally known to me or has produced: FL Driver's License as identification.

NOTARY PUBLIC, STATE OF FLORIDA
AT LARGE

NOTARY PUBLIC, STATE OF FLORIDA
Print Name: Natalie Socorro
Commission No.: HH 201495
My Commission Expires: March 23, 2026



NATALIE SOCORRO
MY COMMISSION # HH 201495
EXPIRES: March 23, 2026
Bonded Thru Notary Public Underwriters

**agentis**

45 Almeria Avenue · Coral Gables, Florida 33134 · T. 305.722.2002 · www.agentislaw.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was served by transmission of Notices of Electronic Filing generated by CM/ECF to those parties registered to receive electronic notices of filing in this case on April 29, 2025.

>AGENTIS PLLC
>*Proposed Counsel for Debtor-in-Possesion*
>45 Almeria Avenue
>Coral Gables, Florida 33134
>T. 305.722.2002
>www.agentislaw.com
>
>By:   */s/ Jacqueline Calderin*
>          Jacqueline Calderin
>          Florida Bar No: 134414
>          jc@agentislaw.com