**Fill in this information to identify the case and this filing:**

Debtor Name    **Repaintex Company**

United States Bankruptcy Court for the:    **Southern District of Florida**

Case number *(If known)*:    **25-14334-LMI**

## Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors            12/15

**An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.**

**WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☑ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

☑ *Schedule D: Creditors Who Have Claims Secured by Property (*Official Form 206D)

☑ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

☑ *Schedule G: Executory Contracts and Unexpired Leases (*Official Form 206G)

☑ *Schedule H: Codebtors* (Official Form 206H)

☑ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)

☐ *Amended Schedule* _____

☑ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☐ *Other document that requires a declaration* _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **5/15/2025**              ✗ **/s/ Carlos Acosta**
              MM/DD/YYYY                  Signature of individual signing on behalf of debtor

                                          **Carlos Acosta**
                                          Printed name

                                          **President**
                                          Position or relationship to debtor

Copyright © Financial Software Solutions, LLC                                                      BlueStylus

**Fill in this information to identify your case:**

Debtor Name    **Repaintex Company**

United States Bankruptcy Court for the:    **Southern District of Florida**

Case number (*If known*):    **25-14334-LMI**

☑ Check if this is an amended filing

Official Form 204

# Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an *insider*, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim — If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1 Elk River Development f/k/a Adams Construction Group, LLC PO Box 413 Warrenton, VA 20188 | Elk River Development f/k/a Adams Construction Group, LLC (540) 351-1974 | Trade Debt | Contingent Unliquidated Disputed | | | $99,579.00 |
| 2 American Express PO BOX 6031 Carol Stream, IL 60197-6031 | American Express () - | Trade Debt | | | | $7,300.00 |
| 3 Erie Insurance c/o Micheal Black, Esq. 2301 W. 22nd Street, Suite 301 Oak Brook, IL 60523 | Erie Insurance (630) 279-9761 info@brennanclark.com | Trade Debt | | | | $4,500.00 |
| 4 Wolter Kluwer PO Box 4349 Carol Stream, IL 60197-4349 | Wolter Kluwer (855) 957-7378 creditServices@wolterskluwer.com | Trade Debt | | | | $885.00 |
| 5 Leesburg Innovation 722 East Market Street, Suite 102 Leesburg, VA 20176 | Leesburg Innovation (703) 348-8860 info@leesburginnovation.com | Rent | Disputed | | | $858.53 |

Copyright © Financial Software Solutions, LLC

BlueStylus

**Fill in this information to identify your case:**

Debtor Name    **Repaintex Company**

United States Bankruptcy Court for the:    **Southern District of Florida**

Case number (*If known*):    **25-14334-LMI**

☑ Check if this is an amended filing

## Official Form 206Sum

# Summary of Your Assets and Liabilities for Non-Individuals

**12/15**

| Part 1: | Summary of Assets |
|---|---|

1. ***Schedule A/B: Assets–Real and Personal Property*** (Official Form 206A/B)

    1a. **Real property:**
    Copy line 88 from *Schedule A/B* ..........................................................................................
    $ **0.00**

    1b. **Total personal property:**
    Copy line 91A from *Schedule A/B* ........................................................................................
    $ **732,912.14**

    1c. **Total of all property:**
    Copy line 92 from *Schedule A/B* ..........................................................................................
    $ **732,912.14**

| Part 2: | Summarize Your Liabilities |
|---|---|

2. ***Schedule D: Creditors Who Have Claims Secured by Property*** (Official Form 206D)
    Copy the total dollar amount listed in Column A, *Amount of claim*, from line 3 of Schedule D...........................................
    $ **0.00**

3. ***Schedule E/F: Creditors Who Have Unsecured Claims*** (Official Form 206E/F)

    3a. **Total claim amounts of priority unsecured claims:**
    Copy the total claims from Part 1 from line 5a of *Schedule E/F*...........................................................
    $ **0.00**

    3b. **Total amount of claims of nonpriority amount of unsecured claims:**
    Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*...........................................
    + $ **113,122.53**

4. **Total liabilities** ...........................................................................................
    $ **113,122.53**
    Lines 2 + 3a + 3b

**Fill in this information to identify your case:**

Debtor Name    **Repaintex Company**

United States Bankruptcy Court for the:    **Southern District of Florida**

Case number (*If known*):    **25-14334-LMI**

☐ Check if this is an
amended filing

## Official Form 206A/B

# Schedule A/B: Assets — Real and Personal Property                12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| Part 1: | Cash and cash equivalents |
| --- | --- |

1. **Does the debtor have any cash or cash equivalents?**
   ☐ No. Go to Part 2.
   ☑ Yes. Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
| --- | --- |

2. **Cash on hand**                                                                                          $              143,000.00

   **Description: Cash Reserves**

3. **Checking, savings, money market, or financial brokerage accounts** (*Identify all*)

| Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
| --- | --- | --- | --- |
| 3.1    **Truist Bank** | **Checking Account** | **7814** | $              6,652.39 |

4. **Other cash equivalents** (*Identify all*)

5. **Total of Part 1**

   Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.            $              149,652.39

| Debtor | **Repaintex Company** | | Case number *(if known)* | **25-14334-LMI** |
|---|---|---|---|---|
| | Name | | | |

---

**Part 2:**  **Deposits and prepayments**

6. **Does the debtor have any deposits or prepayments?**
   - ☒ No. Go to Part 3.
   - ☐ Yes. Fill in the information below.

   Current value of debtor's interest

7. **Deposits, including security deposits and utility deposits**
   Description, including name of holder of deposit

8. **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**
   Description, including name of holder of prepayment

9. **Total of Part 2**
   Add lines 7 through 8. Copy the total to line 81.

   $ _____ 0.00

---

**Part 3:**  **Accounts receivable**

10. **Does the debtor have any accounts receivable?**
    - ☐ No. Go to Part 4.
    - ☒ Yes. Fill in the information below.

    Current value of debtor's interest

11. **Accounts receivable**

    **11a. 90 days old or less:**  _____ **Unknown** – _____ **0.00** = $ _____ **0.00**
    face amount            doubtful or uncollectible accounts

    **Note: Debtor is owed unpaid sums from its government vendors who claim setoff rights against said receivables related to contractual disputes.   Any receivables are subject to the claims of sureties that issued performance bonds.**

    _____ **0.00** – _____ **0.00** = $ _____ **0.00**
    face amount            doubtful or uncollectible accounts

    **Note: Debtor is owed unpaid sums from its government vendors who claim setoff rights against said receivables related to contractual disputes.   Any receivables are subject to the claims of sureties that issued performance bonds.**

    **11b. Over 90 days old:**  _____ **0.00** – _____ **0.00** = $ _____ **0.00**
    face amount            doubtful or uncollectible accounts

    **Note: Debtor is owed unpaid sums from its government vendors who claim setoff rights against said receivables related to contractual disputes.   Any receivables are subject to the claims of sureties that issued performance bonds.**

    _____ **Unknown** – _____ **0.00** = $ _____ **0.00**
    face amount            doubtful or uncollectible accounts

    **Note: Debtor is owed unpaid sums from its government vendors who claim setoff rights against said receivables related to contractual disputes.   Any receivables are subject to the claims of sureties that issued performance bonds.**

12. **Total of Part 3**
    Current value on lines 11a + 11b = line 12. Copy the total to line 82.

    $ _____ 0.00

---

Copyright © Financial Software Solutions, LLC        BlueStylus

Debtor  **Repaintex Company**                                          Case number *(if known)*  **25-14334-LMI**
      Name

| **Part 4:** | **Investments** |
|---|---|

13. **Does the debtor own any investments?**
- ☐ No. Go to Part 5.
- ☑ Yes. Fill in the information below.

| | | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|

14. **Mutual funds or publicly traded stocks not included in Part 1**

    Name of fund or stock:

15. **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture**

    Name of entity:                                          % of ownership:

16. **Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1**

    Describe:

        **Surety: Travelers Casualty and Surety Company of America**
        **Bond: Performance & Payment Bond Nos. 107318597**
        **Principal: Repaintex Company**
        **Contract: GSA Contract No. 47PM0420C0005 dated September 20, 2020 by and between Repaintex Company and the U.S. General Services Administration**
        **Project: USAID Renovations Phase 5 and 6 at the Ronald Reagan Building located at 1300 Pennsylvania Avenue, Washington, DC**

    **16.1 20006**                                                                         $                    **Unknown**

17. **Total of Part 4**

    Add lines 14 through 16. Copy the total to line 83.

| | |
|---|---|
| | $          **0.00** |

| **Part 5:** | **Inventory, excluding agriculture assets** |
|---|---|

18. **Does the debtor own any inventory (excluding agriculture assets)?**
- ☑ No. Go to Part 6.
- ☐ Yes. Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|

19. **Raw materials**

20. **Work in progress**

21. **Finished goods, including goods held for resale**

22. **Other inventory or supplies**

Copyright © Financial Software Solutions, LLC

Debtor    **Repaintex Company**                                    Case number *(if known)*    **25-14334-LMI**
_____
Name

_____     _____     $_____     _____     $_____

                          MM / DD / YYYY

23. **Total of Part 5**                                                                    ┌─────────────────────┐
    Add lines 19 through 22. Copy the total to line 84.                                    │ $_____ **0.00** │
                                                                                           └─────────────────────┘

24. **Is any of the property listed in Part 5 perishable?**
    ☒ No
    ☐ Yes

25. **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
    ☒ No
    ☐ Yes.

           Book value    $_____    Valuation method _____    Current Value    $_____

26  **Has any of the property listed in Part 5 been appraised by a professional within the last year?**
    ☒ No
    ☐ Yes

| Part 6: | Farming and fishing-related assets (other than titled motor vehicles and land) |
|---------|-------------------------------------------------------------------------------|

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**
    ☒ No. Go to Part 7.
    ☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---------------------|-------------------------------------------------------|-----------------------------------------|------------------------------------|
| 28. **Crops—either planted or harvested** | | | |
| _____ | $_____ | _____ | $_____ |
| 29. **Farm animals** *Examples:* Livestock, poultry, farm-raised fish | | | |
| _____ | $_____ | _____ | $_____ |
| 30. **Farm machinery and equipment (Other than titled motor vehicles)** | | | |
| _____ | $_____ | _____ | $_____ |

Copyright © Financial Software Solutions, LLC                                                                                    BlueStylus

Debtor **Repaintex Company**          Case number *(if known)* **25-14334-LMI**
Name

31. **Farm and fishing supplies, chemicals, and feed**

_____ $ _____ _____ $ _____

32. **Other farming and fishing-related property not already listed in Part 6**

_____ $ _____ _____ $ _____

33. **Total of Part 6.**
Add lines 28 through 32. Copy the total to line 85.

$ _____ 0.00

34. **Is the debtor a member of an agricultural cooperative?**
☑ No
☐ Yes. Is any of the debtor's property stored at the cooperative?
     ☑ No
     ☐ Yes

35. **Has any of the property listed in Part 6 been purchased within 20 days before the bankruptcy was filed?**
☑ No
☐ Yes

       Book value $ _____ Valuation method _____ Current Value $ _____

36. **Is a depreciation schedule available for any of the property listed in Part 6?**
☑ No
☐ Yes

37. **Has any of the property listed in Part 6 been appraised by a professional within the last year?**
☑ No
☐ Yes

| Part 7: | Office furniture, fixtures, and equipment; and collectibles |
| --- | --- |

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**
☑ No. Go to Part 8.
☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
| --- | --- | --- | --- |
| 39. **Office furniture** | | | |
| _____ | $ _____ | _____ | $ _____ |

Copyright © Financial Software Solutions, LLC

Debtor    **Repaintex Company**
          _____          Case number *(if known)*  **25-14334-LMI**
          Name

40.  **Office fixtures**

_____  $_____  _____  $_____

41.  **Office equipment, including all computer equipment and communication systems equipment and software**

_____  $_____  _____  $_____

42.  **Collectibles** *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles

_____  $_____  _____  $_____

43.  **Total of Part 7.**

Add lines 38 through 42. Copy the total to line 86.

$_____ **0.00**

44.  **Is a depreciation schedule available for any of the property listed in Part 7?**
☑ No
☐ Yes

45   **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
☑ No
☐ Yes

| Part 8: | Machinery, equipment, and vehicles |
| --- | --- |

46.  **Does the debtor own or lease any machinery, equipment, or vehicles?**
☑ No. Go to Part 9.
☐ Yes. Fill in the information below.

| General description<br><br>Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest<br><br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
| --- | --- | --- | --- |

47.  **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles**

_____  $_____  _____  $_____

48.  **Watercraft, trailers, motors, and related accessories** Examples: Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels

_____  $_____  _____  $_____

Copyright © Financial Software Solutions, LLC

Debtor    **Repaintex Company**                                    Case number *(if known)*    25-14334-LMI
_____
Name

49. **Aircraft and accessories**

_____  $_____  _____  $_____

50. **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**

_____  $_____  _____  $_____

51. **Total of Part 8.**

Add lines 47 through 50. Copy the total to line 87.                                     $_____ **0.00**

52. **Is a depreciation schedule available for any of the property listed in Part 8?**
☒ No
☐ Yes

53. **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
☒ No
☐ Yes

**Part 9:**    **Real property**

54. **Does the debtor own or lease any real property?**
☒ No. Go to Part 10.
☐ Yes. Fill in the information below.

55. **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| | | | | |

56. **Total of Part 9.**

Add the current value on lines 55.1 through 55.6 and entries from any additional sheets. Copy the total to line 88.    $_____ **0.00**

57. **Is a depreciation schedule available for any of the property listed in Part 9?**
☒ No
☐ Yes

58. **Has any of the property listed in Part 9 been appraised by a professional within the last year?**
☒ No
☐ Yes

Copyright © Financial Software Solutions, LLC                                                                        BlueStylus

| Debtor | Repaintex Company | Case number (if known) | 25-14334-LMI |
|---|---|---|---|
| | Name | | |

---

| **Part 10:** | **Intangibles and intellectual property** |
|---|---|

59. **Does the debtor have any interests in intangibles or intellectual property?**
☐ No. Go to Part 11.
☒ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 60. **Patents, copyrights, trademarks, and trade secrets** | $ _____ | _____ | $ _____ |
| 61. **Internet domain names and websites** <br> **repaintex.com** | $ **0.00** | _____ | $ **0.00** |
| 62. **Licenses, franchises, and royalties** | $ _____ | _____ | $ _____ |
| 63. **Customer lists, mailing lists, or other compilations** | $ _____ | _____ | $ _____ |
| 64. **Other intangibles, or intellectual property** | $ _____ | _____ | $ _____ |
| 65. **Goodwill** | $ _____ | _____ | $ _____ |

66. **Total of Part 10.**
Add lines 60 through 65. Copy the total to line 89.

$ **0.00**

67. **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C. §§ 101(41A) and 107)?
☒ No
☐ Yes

68. **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**
☒ No
☐ Yes

69. **Has any of the property listed in Part 10 been appraised by a professional within the last year?**
☒ No
☐ Yes

Copyright © Financial Software Solutions, LLC

| Debtor | **Repaintex Company** | Case number *(if known)* | **25-14334-LMI** |
|---|---|---|---|
| | Name | | |

---

| **Part 11:** | **All other assets** |
|---|---|

70. **Does the debtor own any other assets that have not yet been reported on this form?**

Include all interests in executory contracts and unexpired leases not previously reported on this form.

☐ No. Go to Part 12.

☒ Yes. Fill in the information below.

**Current value of debtor's interest**

71. **Notes receivable**

Description (include name of obligor)

**Company Loan to Tarek "Kevin" Dagstani (prior employee, Director of Operations)**
**Claim amount $583,259.75**

|  | 583,259.75 | – | 0.00 | = | $ | 583,259.75 |
|---|---|---|---|---|---|---|
| | Total face amount | | doubtful or uncollectible accounts | | | |

72. **Tax refunds and unused net operating losses (NOLs)**

Description (for example, federal, state, local)

_____     Tax Year _____     $ _____

73. **Interests in insurance policies or annuities**

_____     $ _____

74. **Causes of action against third parties (whether or not a lawsuit has been filed)**

_____     $ _____

**Nature of claim** _____

**Amount requested** $ _____

_____

75. **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

_____     $ _____

**Nature of claim** _____

**Amount requested** $ _____

76. **Trusts, equitable or future interests in property**

_____     $ _____

---

Copyright © Financial Software Solutions, LLC     BlueStylus

| Debtor | **Repaintex Company** | Case number *(if known)* | **25-14334-LMI** |
|---|---|---|---|
| | Name | | |

77. **Other property of any kind not already listed** *Examples:* Season tickets, country club membership

    _____     $ _____

78. **Total of Part 11.**

Add lines 71 through 77. Copy the total to line 90.        **$         583,259.75**

79  **Has any of the property listed in Part 11 been appraised by a professional within the last year?**

☒ No
☐ Yes

---

**Part 12:**    Summary

In Part 12 copy all of the totals from the earlier parts of the form.

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1.* | $ **149,652.39** | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $ **0.00** | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $ **0.00** | |
| 83. **Investments.** *Copy line 17, Part 4.* | $ **0.00** | |
| 84 **Inventory.** *Copy line 23, Part 5.* | $ **0.00** | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $ **0.00** | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $ **0.00** | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $ **0.00** | |
| 88. **Real property.** *Copy line 56, Part 9.* ........................................ ➜ | | $ **0.00** |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $ **0.00** | |
| 90. **All other assets.** *Copy line 78, Part 11.* | ✚ $ **583,259.75** | |
| 91. **Total.** Add lines 80 through 90 for each column...................... 91a. | $ **732,912.14** | ✚ 91b. $ **0.00** |

---

Copyright © Financial Software Solutions, LLC          BlueStylus

Debtor    **Repaintex Company**                              Case number *(if known)*   **25-14334-LMI**
Name

92. **Total of all property on Schedule A/B.** Lines 91a + 91b = 92. ........................................................    $        **732,912.14**

<table>
<tr><td colspan="2"><strong>Fill in this information to identify your case:</strong></td></tr>
</table>

Debtor Name    **Repaintex Company**

United States Bankruptcy Court for the:   **Southern District of Florida**

Case number (*If known*):        **25-14334-LMI**

☐ Check if this is an amended filing

## Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property                12/15

**Be as complete and accurate as possible**

1.   **Do any creditors have claims secured by your property?**
     ☐ No. Check this box and submit this form to the court with your other schedules. You have nothing else to report on this form.
     ☑ Yes. Fill in all of the information below.

| Debtor | __Repaintex Company__ | Case number *(if known)* | __25-14334-LMI__ |
|---|---|---|---|
| | Name | | |

---

| **Part 1:** | **List Creditors Who Have Secured Claims** |
|---|---|

| | | *Column A*<br>**Amount of claim**<br>Do not deduct the value of collateral. | *Column B*<br>**Value of collateral that supports this claim** |
|---|---|---|---|
| 2. | List in alphabetical order all creditors who have secured claims. If a creditor has more than one secured claim, list the creditor separately for each claim. | | |

| 2.1 | **Creditor's Name** | | |
|---|---|---|---|

**Creditor's Name**

**Travelers Casualty and Surety Company of America**

**Describe debtor's property that is subject to a lien**

$ _____ **Unknown**   $ _____ **0.00**

**Creditor's mailing address**

**c/o Kelly Engel**
**Claim Executive**
**Bond & Specialty Insurance Claim**
**P.O. Box 2989**
**Hartford, CT 06104-2989**

**Creditor's email address, if known**

_____

**Describe the lien**

_____

**Description**

Bond

**Date debt was incurred** _____

**Last 4 digits of account number** _____

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Have you already specified the relative priority?
   ☐ No.  Specify each creditor, including this creditor, and its relative priority.
      _____
   ☐ Yes. The relative priority of creditors is specified on lines _____

**Is anyone else liable on this claim?**
☐ No
☑ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed

---

| 3. Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any | $ _____ 0.00 |
|---|---|

| **Part 2:** | **List Others to Be Notified for a Debt That You Already Listed in Part 1** |
|---|---|

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to be notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and Address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|

Copyright © Financial Software Solutions, LLC     BlueStylus

**Fill in this information to identify your case:**

Debtor          **Repaintex Company**

United States Bankruptcy Court for the:  **Southern District of Florida**

Case number (*If known*):  **25-14334-LMI**

☐ Check if this is an amended filing

## Official Form 206E/F

# Schedule E/F: Creditors Who Have Unsecured Claims                                    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

| Part 1: | List All Creditors with PRIORITY Unsecured Claims |
|---|---|

1.  **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).
    - ☒ No. Go to Part 2.
    - ☐ Yes. Go to line 2.

2.  **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1

|  | Total Claim | Priority Amount |
|---|---|---|

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

3.  **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

|  | Amount of claim |
|---|---|

**3.1**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | |
|---|---|---|
| **American Express** | ☐ Contingent | $                              7,300.00 |
| **PO BOX 6031** | ☐ Unliquidated | |
| **Carol Stream, IL 60197-6031** | ☐ Disputed | |

| Date or dates debt was incurred | Basis for the claim: | Description |
|---|---|---|
| | | **Trade Debt** |
| Last 4 digits of account number | Is the claim subject to offset? | |
| | ☒ No | |
| | ☐ Yes | |

| Debtor | **Repaintex Company** | Case number *(if known)* | **25-14334-LMI** |
|---|---|---|---|
| | Name | | |

---

**3.2** **Nonpriority creditor's name and mailing address**

**District of Columbia**

**Office of Tax & Revenue**
**1101 4th Street, SW, Floor 4**

**Washington, DC 20024**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$ _____ 0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**
_____

**Description**

**Notice Purposes Only**

**Last 4 digits of account number** _____

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.3** **Nonpriority creditor's name and mailing address**

**Elk River Development f/k/a Adams Construction Group, LLC**

**PO Box 413**

**Warrenton, VA 20188**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

$ _____ 99,579.00

**Date or dates debt was incurred**
**2/27/2025**

**Basis for the claim:**
_____

**Description**

**Trade Debt**

**Last 4 digits of account number** _____

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.4** **Nonpriority creditor's name and mailing address**

**Erie Insurance**

**c/o Micheal Black, Esq.**
**2301 W. 22nd Street, Suite 301**

**Oak Brook, IL 60523**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$ _____ 4,500.00

**Date or dates debt was incurred**
**10/1/2024**

**Basis for the claim:**
_____

**Description**

**Trade Debt**

**Last 4 digits of account number** _____

**Is the claim subject to offset?**

☑ No
☐ Yes

---

| Debtor | **Repaintex Company** | | Case number *(if known)* | **25-14334-LMI** |
|---|---|---|---|---|
| | Name | | | |

---

**3.5** **Nonpriority creditor's name and mailing address**

FLORIDA DEPARTMENT OF REVENUE

c/o Agency Clerk
501 S. Calhoun Street
Room 201, Carlton Building

TALAHASSEE, FL 32399-0000

**Date or dates debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$                    0.00

**Basis for the claim:**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Description**

Notice Purposes Only

---

**3.6** **Nonpriority creditor's name and mailing address**

Internal Revenue Service

PO Box 7346

Fort Lauderdale, FL 33324-0000

**Date or dates debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$                    0.00

**Basis for the claim:**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Description**

Notice Purposes Only

---

**3.7** **Nonpriority creditor's name and mailing address**

Leesburg Innovation

722 East Market Street, Suite 102

Leesburg, VA 20176

**Date or dates debt was incurred**
2/1/2025

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☒ Disputed

$                858.53

**Basis for the claim:**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Description**

Rent

---

| Debtor | **Repaintex Company** | Case number *(if known)* | **25-14334-LMI** |
|---|---|---|---|
| | Name | | |

---

| **3.8** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $ 0.00 |

**Maryland Department of Revenue**

**Annapolis Compliance**
**60 West Street**
**Suite 102**

**Annapolis, MD 21401-2479**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**

**Description**
**Notice Purposes Only**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| **3.9** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $ 0.00 |

**Miami Dade County Tax Collector**

**Bankruptcy Paralegal Unit**
**200 N.W. Second Avenue, Suite 430**

**Miami, FL 33130-0000**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**

**Description**
**Notice Purposes Only**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| **3.10** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $ 0.00 |

**NJ Division of Taxation**

**PO Box 046**

**Trenton, NJ 08601-0046**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**

**Description**
**Notice Purposes Only**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

Copyright © Financial Software Solutions, LLC
**Schedule E/F: Creditors Who Have Unsecured Claims**

Debtor    **Repaintex Company**                                          Case number *(if known)*    **25-14334-LMI**
          Name

---

| 3.11 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $ 0.00 |
|------|--------------------------------------------------|------------------------------------------------------------------------|--------|

**PA Department of Revenue**

**PO BOX 280418**

**Harrisburg, PA 17128-0418**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Description

Notice Purposes Only

Last 4 digits of account number

Is the claim subject to offset?

☒ No
☐ Yes

---

| 3.12 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $ 0.00 |
|------|--------------------------------------------------|------------------------------------------------------------------------|--------|

**South Carolina Dept of Revenue**

**300A Outlet Pointe Boulevard**

**Columbia, SC 29210**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Description

Notice Purposes Only

Last 4 digits of account number

Is the claim subject to offset?

☒ No
☐ Yes

---

| 3.13 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $ 0.00 |
|------|--------------------------------------------------|------------------------------------------------------------------------|--------|

**Tarek "Kevin" Dagstani**

**406 Ironsides Sq SE**

**Leesburg, VA 20175**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Description

Notice Purposes Only

Last 4 digits of account number

Is the claim subject to offset?

☒ No
☐ Yes

---

Copyright © Financial Software Solutions, LLC                                                                BlueStylus

Debtor    **Repaintex Company**                                    Case number *(if known)*    **25-14334-LMI**
          Name

---

| **3.14** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $ _____ **0.00** |
|---|---|---|---|

**Tennessee Dept of Revenue**

**David Gerregano, Commissioner**
**500 Deaderick Street**

**Nashville, TN 37242**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Date or dates debt was incurred**

_____

**Last 4 digits of account number**    _____

**Basis for the claim:**

_____

**Is the claim subject to offset?**

- ☑ No
- ☐ Yes

**Description**

**Notice Purposes Only**

---

| **3.15** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $ _____ **Unknown** |
|---|---|---|---|

**The Hartford Business Insurance**

**200 Colonial Parkway**
**Suite 500**

**Lake Mary, FL 32746**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Date or dates debt was incurred**

_____

**Last 4 digits of account number**    _____

**Basis for the claim:**

_____

**Is the claim subject to offset?**

- ☑ No
- ☐ Yes

**Description**

**Notice Purposes Only**

---

| Debtor | **Repaintex Company** | Case number *(if known)* | **25-14334-LMI** |
|---|---|---|---|
| | Name | | |

---

**3.16** Nonpriority creditor's name and mailing address

**Travelers Casualty and Surety Company of America**

**c/o Kelly Engel**
**Claim Executive**
**Bond & Specialty Insurance Claim**
**P.O. Box 2989**

**Hartford, CT 06104-2989**

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

$ _____ **Unknown**

Date or dates debt was incurred

_____

Last 4 digits of account number _____

Basis for the claim:

_____

Is the claim subject to offset?

☑ No
☐ Yes

Description

---

**3.17** Nonpriority creditor's name and mailing address

**Virginia Tax**

**1957 Westmoreland Street**

**Richmond, VA 23230-3225**

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$ _____ **0.00**

Date or dates debt was incurred

_____

Last 4 digits of account number _____

Basis for the claim:

_____

Is the claim subject to offset?

☑ No
☐ Yes

Description

**Notice Purposes Only**

---

Copyright © Financial Software Solutions, LLC    BlueStylus

| Debtor | **Repaintex Company** | Case number *(if known)* | **25-14334-LMI** |
|---|---|---|---|
| | Name | | |

---

**3.18** **Nonpriority creditor's name and mailing address**

**West Virginia Dept of Revenue**

**Taxpayer Services**
**1001 Lee Street East**

**Charleston, WV 25311**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$ _____ 0.00

**Date or dates debt was incurred**

_____

**Last 4 digits of account number** _____

**Basis for the claim:**

_____

**Is the claim subject to offset?**

☑ No
☐ Yes

**Description**

Notice Purposes Only

---

**3.19** **Nonpriority creditor's name and mailing address**

**Wolter Kluwer**

**PO Box 4349**

**Carol Stream, IL 60197-4349**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$ _____ 885.00

**Date or dates debt was incurred**

3/5/2025

**Last 4 digits of account number**    4770

**Basis for the claim:**

_____

**Is the claim subject to offset?**

☑ No
☐ Yes

**Description**

Trade Debt

---

**Part 3:** **List Others to Be Notified About Unsecured Claims**

4. **List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number |
|---|---|---|
| **4.1** **Florida Department of Revenue**<br>**5050 W Tennessee Street**<br>**Tallahassee, FL 32399** | Line    3.5<br>☐ Not listed. Explain<br><br>_____ | _____ |

Copyright © Financial Software Solutions, LLC

Debtor    **Repaintex Company**
Name

Case number *(if known)*    **25-14334-LMI**

| Part 4: | Total Amounts of the Priority and Nonpriority Unsecured Claims |
|---------|---------------------------------------------------------------|

5.    **Add the amounts of priority and nonpriority unsecured claims.**

|  |  |  | Total of claim amounts |
|---|---|---|---|
| 5a. | **Total claims from Part 1** | 5a. | $ 0.00 |
| 5b. | **Total claims from Part 2** | 5b. **+** | $ 113,122.53 |
| 5c. | **Total of Parts 1 and 2** <br> Lines 5a + 5b = 5c. | 5c. | $ 113,122.53 |

**Schedule E/F: Creditors Who Have Unsecured Claims**

Copyright © Financial Software Solutions, LLC

**Fill in this information to identify your case:**

Debtor Name __**Repaintex Company**__

United States Bankruptcy Court for the: __**Southern District of Florida**__

Case number (*If known*): __**25-14334-LMI**__          Chapter __**11**__

☐ Check if this is an amended filing

Official Form 206G

# Schedule G: Executory Contracts and Unexpired Leases                    12/15

**Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, numbering the entries consecutively.**

1.  **Does the debtor have any executory contracts or unexpired leases?**

    ☑ No. Check this box and file this form with the court with the debtor's other schedules. There is nothing else to report on this form.

    ☐ Yes. Fill in all of the information below even if the contracts or leases are listed on *Schedule A/B: Assets - Real and Personal Property (Official Form 206A/B)*.

| 2. | **List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|

**Fill in this information to identify your case:**

Debtor Name    **Repaintex Company**

United States Bankruptcy Court for the:    **Southern District of Florida**

Case number (*If known*):    **25-14334-LMI**

☐ Check if this is an
amended filing

## Official Form 206H

# Schedule H: Your Codebtors

12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

1.  **Does the debtor have any codebtors?**

    ☐  No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

    ☑  Yes

2.  **In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, *Schedules D-G.*** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| Column 1: Codebtor | | Column 2: Creditor | |
|---|---|---|---|
| **Name and description** | **Mailing address** | **Name** | *Check all schedules that apply:* |
| 2.1 **Carlos A. Acosta**<br>Name<br><br>Description | **12911 Oleander Road**<br>Number    Street<br><br>**Miami        FL      33181**<br>City              State    Zip Code | **Travelers Casualty and Surety Company of America**<br>Name | ☑ D    **2.1**<br>☐ E/F  _____<br>☐ G    _____ |
| 3.1 **Carlos A. Acosta**<br>Name<br><br>Description | **12911 Oleander Road**<br>Number    Street<br><br>**Miami        FL      33181**<br>City              State    Zip Code | **American Express**<br>Name | ☐ D    _____<br>☑ E/F  **3.1**<br>☐ G    _____ |
| 3.16 **Carlos A. Acosta**<br>Name<br><br>Description | **12911 Oleander Road**<br>Number    Street<br><br>**Miami        FL      33181**<br>City              State    Zip Code | **Travelers Casualty and Surety Company of America**<br>Name | ☐ D    _____<br>☑ E/F  **3.16**<br>☐ G    _____ |

Copyright © Financial Software Solutions, LLC                                                                BlueStylus

**Fill in this information to identify your case:**

Debtor name     __Repaintex Company__

United States Bankruptcy Court for the:     __Southern District of Florida__

Case number (if known):     __25-14334-LMI__

☐ Check if this is an amended filing

Official Form 207

# Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy          04/25

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).

## Part 1:     Income

1.  **Gross revenue from business**

    ☐ None

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | | | Sources of income Check all that apply. | Gross income (before deductions and exclusions) |
|---|---|---|---|---|
| **From the beginning of the fiscal year to filing date:** | From __1/1/2025__ MM/DD/YYYY | to  Filing date | ☑ Operating a business ☐ Other _____ | $ _____1.00__ |
| **For prior year:** | From __1/1/2024__ MM/DD/YYYY | to __12/31/2024__ MM/DD/YYYY | ☑ Operating a business ☐ Other _____ | $ ____4,914,347.00__ |
| **For the year before that:** | From __1/1/2023__ MM/DD/YYYY | to __12/31/2023__ MM/DD/YYYY | ☑ Operating a business ☐ Other _____ | $ ___11,206,112.00__ |

2.  **Non-business revenue**

    Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

    ☑ None

| | | | Description of sources of revenue | Gross revenue from each source (before deductions and exclusions) |
|---|---|---|---|---|
| **From the beginning of the fiscal year to filing date:** | From _____ MM/DD/YYYY | to  Filing date | _____ | $ _____ |
| **For prior year:** | From _____ MM/DD/YYYY | to _____ MM/DD/YYYY | _____ | $ _____ |
| **For the year before that:** | From _____ MM/DD/YYYY | to _____ MM/DD/YYYY | _____ | $ _____ |

| Debtor | **Repaintex Company** | Case number *(if known)* | **25-14334-LMI** |
|---|---|---|---|
| | Name | | |

---

| **Part 2:** | **List Certain Transfers Made Before Filing for Bankruptcy** |
|---|---|

3.    **Certain payments or transfers to creditors within 90 days before filing this case**

List payments or transfers–including expense reimbursements–to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $8,575. (This amount may be adjusted on 4/01/28 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

☐ None

| Creditor's name and address | Dates | Total amount or value | Reasons for payment or transfer *Check all that apply* |
|---|---|---|---|
| **3.1** _____ Creditor's Name _____ Number     Street _____ City              State   ZIP Code | _____ _____ _____ | $ _____ | ☐ Secured debt ☐ Unsecured loan repayments ☐ Suppliers or vendors ☐ Services ☐ Other _____ |

4.    **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**

List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $8,575. (This amount may be adjusted on 4/01/28 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☐ None

| Insider's name and address | Dates | Total amount or value | Reasons for payment or transfer |
|---|---|---|---|
| **4.1** _____ Insider's Name _____ Number     Street _____ City              State   ZIP Code **Relationship to debtor** _____ | _____ _____ _____ | $ _____ | |

5.    **Repossessions, foreclosures, and returns**

List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

☑ None

Debtor   **Repaintex Company**                                Case number *(if known)*   **25-14334-LMI**
         Name

| | Creditor's name and address | Description of the property | Date | Value of property |
|---|---|---|---|---|
| **5.1** | Creditor's Name <br><br> Number     Street <br><br> City                State   ZIP Code | | _____ | $ _____ |

6. **Setoffs**

   List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

   ☑ None

| | Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|---|
| **6.1** | Creditor's Name <br><br> Number     Street <br><br> City                State   ZIP Code | | | $ _____ |

Last 4 digits of account number: XXXX– _____

---

| Part 3: | **Legal Actions or Assignments** |
|---|---|

7. **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**

   List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

   ☐ None

| | Case title | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| **7.1** | **Travelers Casualty and Surety Company of America v. Repaintex Company et al** <br><br> **Case Number** <br> **1:24-cv-01876** | **Breach of contract** | **US District Court, Eastern District of Virginia** <br> Creditor's Name <br><br> **401 Courthouse Square** <br> Number        Street <br><br> **Alexandria**          **VA**    **22314** <br> City              State   ZIP Code | ☑ Pending <br> ☐ On appeal <br> ☐ Concluded |

8. **Assignments and receivership**

   List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

   ☑ None

---

Copyright © Financial Software Solutions, LLC                                                                BlueStylus

Debtor    **Repaintex Company**                                           Case number *(if known)*    **25-14334-LMI**
Name

| Custodian's name and address | Description of the property | Value |
|---|---|---|
| **8.1** _____ | _____ | $ _____ |
| Custodian's name | **Case title** | **Court name and address** |
| _____ | _____ | _____ |
| Number    Street | **Case number** | Court's Name |
| _____ | _____ | _____ |
| City            State   ZIP Code | **Date of order or assignment** | Number      Street |
| | _____ | _____ |
| | | City                State   ZIP Code |

---

| Part 4: | **Certain Gifts and Charitable Contributions** |
|---|---|

9.  List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000

☑ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|
| **9.1** _____ | | _____ | $ _____ |
| Recipient's Name | | | |
| _____ | | | |
| Number      Street | | | |
| _____ | | | |
| City          State   ZIP Code | | | |
| **Recipient's relationship to debtor** | | | |
| _____ | | | |

Copyright © Financial Software Solutions, LLC                                                                              BlueStylus

| Debtor | **Repaintex Company** | Case number *(if known)* | **25-14334-LMI** |
|---|---|---|---|
| | Name | | |

---

**Part 5:    Certain Losses**

10.    **All losses from fire, theft, or other casualty within 1 year before filing this case.**

☑ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B (Schedule A/B: Assets – Real and Personal Property). | Date of loss | Value of property lost |
|---|---|---|---|
| 10.1 | | | $ |

---

**Part 6:    Certain Payments or Transfers**

11.    **Payments related to bankruptcy**

List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None

| | Who was paid or received the transfer? | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1 | **Agentis PLLC**<br>Recipient's Name | | **4/3/2025** | $      **21,738.00** |
| | **45 Almeria Avenue**<br>Number        Street | | | |
| | **Coral Gables        FL    33134**<br>City                State    ZIP Code | | | |
| | **Email or website address**<br><br>**www.agentislaw.com** | | | |
| | **Who made the payment, if not debtor?** | | | |

12.    **Self-settled trusts of which the debtor is a beneficiary**

List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

☑ None

---

Debtor    **Repaintex Company**                                    Case number *(if known)*    **25-14334-LMI**
_____Name_____

|  | Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|---|
| 12.1 | _____ |  | _____ | $ _____ |
|  | Trustee |  |  |  |
|  | _____ |  |  |  |

**13.**    **Transfers not already listed on this statement**

List any transfers of money or other property–by sale, trade, or any other means–made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

☑ None

|  | Who received transfer? | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|---|
| 13.1 | _____ |  | _____ | $ _____ |
|  | Recipient's Name |  |  |  |
|  | _____ |  |  |  |
|  | Number      Street |  |  |  |
|  | _____ |  |  |  |
|  | City            State   ZIP Code |  |  |  |
|  | Relationship to debtor |  |  |  |
|  | _____ |  |  |  |

---

**Part 7:**    **Previous Locations**

---

**14.**    **Previous addresses**

List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☑ Does not apply

---

**Part 8:**    **Health Care Bankruptcies**

---

**15.**    **Health Care bankruptcies**

Is the debtor primarily engaged in offering services and facilities for:
— diagnosing or treating injury, deformity, or disease, or
— providing any surgical, psychiatric, drug treatment, or obstetric care?

☑ No. Go to Part 9.
☐ Yes. Fill in the information below.

---

Debtor    **Repaintex Company**                                            Case number *(if known)*    **25-14334-LMI**
          Name

| | Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|---|
| **15.1** | | | |
| | Facility Name | | |
| | | **Location where patient records are maintained** (if different from facility address). If electronic, identify any service provider. | **How are records kept?** |
| | Number        Street | | *Check all that apply:*<br>☐ Electronically<br>☐ Paper |
| | City                State    ZIP Code | | |

---

**Part 9:    Personally Identifiable Information**

---

16.    **Does the debtor collect and retain personally identifiable information of customers?**
☒ No.
☐ Yes.  State the nature of the information collected and retained. _____

        Does the debtor have a privacy policy about that information?
        ☐ No
        ☐ Yes

17.    **Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**
☒ No. Go to Part 10.
☐ Yes.  Does the debtor serve as plan administrator?
        ☐ No. Go to Part 10.
        ☐ Yes. Fill in below:

| Name of plan | Employer identification number of the plan |
|---|---|
| | |

        Has the plan been terminated?
        ☐ No
        ☐ Yes

---

**Part 10:    Certain Financial Accounts, Safe Deposit Boxes, and Storage Units**

---

18.    **Closed financial accounts**

        Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?

        Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

        ☒ None

---

Debtor    **Repaintex Company**                                        Case number *(if known)*    25-14334-LMI
          Name

| | Financial institution name and address | Last 4 digits of account number | Type of account | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|---|
| **18.1** | | XXXX–_____ | ☐ Checking<br>☐ Savings<br>☐ Money market<br>☐ Brokerage<br>☐ Other _____ | | $ _____ |
| | Name | | | | |
| | Number    Street | | | | |
| | City          State   ZIP Code | | | | |

**19.    Safe deposit boxes**

List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

☑ None

| | Depository institution name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|---|
| **19.1** | | | | ☑ No<br>☐ Yes |
| | Name | | | |
| | | **Address** | | |
| | Number    Street | | | |
| | City          State   ZIP Code | | | |

**20.    Off-premises storage**

List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

☑ None

| | Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|---|
| **20.1** | | | | ☑ No<br>☐ Yes |
| | Name | | | |
| | | **Address** | | |
| | Number    Street | | | |
| | City          State   ZIP Code | | | |

Copyright © Financial Software Solutions, LLC                                                    BlueStylus

| Debtor | **Repaintex Company** | Case number *(if known)* | **25-14334-LMI** |
|---|---|---|---|
| | Name | | |

---

| **Part 11:** | **Property the Debtor Holds or Controls That the Debtor Does Not Own** |
|---|---|

**21.** **Property held for another**

List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

☒ None

| | Owner's name and address | Location of the property | Description of the property | Value |
|---|---|---|---|---|
| **21.1** | | | | $ _____ |
| | Owner's Name | | | |
| | | | | |
| | Number    Street | | | |
| | | | | |
| | City           State   ZIP Code | | | |

---

| **Part 12:** | **Details About Environmental Information** |
|---|---|

For the purpose of Part 12, the following definitions apply:

■ *Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

■ *Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

■ *Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

**22.** **Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

☒ No
☐ Yes. Provide details below.

| | Case title | Court or agency name and address | Nature of case | Status of case |
|---|---|---|---|---|
| **22.1** | | | | ☐ Pending |
| | | Name | | ☐ On appeal |
| | Case Number | | | ☐ Concluded |
| | | Number    Street | | |
| | | | | |
| | | City           State   ZIP Code | | |

**23.** **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

☒ No
☐ Yes. Provide details below.

Debtor    __Repaintex Company__                                    Case number *(if known)*  __25-14334-LMI__
          Name

|  | Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|---|
| **23.1** | | | | |
| | Name | Name | | |
| | Number      Street | Number      Street | | |
| | City                State   ZIP Code | City                State   ZIP Code | | |

24.   **Has the debtor notified any governmental unit of any release of hazardous material?**
      ☒ No
      ☐ Yes. Provide details below.

|  | Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|---|
| **24.1** | | | | |
| | Name | Name | | |
| | Number      Street | Number      Street | | |
| | City                State   ZIP Code | City                State   ZIP Code | | |

---

**Part 13:    Details About the Debtor's Business or Connections to Any Business**

---

25.   **Other businesses in which the debtor has or has had an interest**
      List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case.
      Include this information even if already listed in the Schedules.
      ☒ None

|  | Business name and address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN. |
|---|---|---|---|
| **25.1** | | | EIN: _____ |
| | Name | | **Dates business existed** |
| | Number      Street | | From _____   To _____ |
| | City                State   ZIP Code | | |

26.   **Books, records, and financial statements**
      26a.  List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.
            ☐ None

---

Debtor    **Repaintex Company**                                    Case number (*if known*)   **25-14334-LMI**
Name

| Name and address | | | | Dates of service | | |
|---|---|---|---|---|---|---|
| **26a.1** | **Heather Anderson** | | | From | **1/1/2014** | To **2/28/2025** |
| | Name | | | | | |
| | | | | | | |
| | Number | Street | | | | |
| | | | | | | |
| | City | | State   ZIP Code | | | |

| Name and address | | | | Dates of service | | |
|---|---|---|---|---|---|---|
| **26a.2** | **Lanigan Ryan** | | | From | **1/1/2010** | To **Present** |
| | Name | | | | | |
| | **Ryan C. Barnoski, CPA** | | | | | |
| | **9841 Washington Boulevard** | | | | | |
| | **Suite 300** | | | | | |
| | Number | Street | | | | |
| | **Gaithersburg** | | **MD**   **20878** | | | |
| | City | | State   ZIP Code | | | |

26b.   List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☐   None

| Name and address | | | Dates of service | | |
|---|---|---|---|---|---|
| **26b.1** | **Lanigan Ryan** | | From | **1/1/2010** | To **Present** |
| | Name | | | | |
| | **Ryan C. Barnoski, CPA** | | | | |
| | **9841 Washington Boulevard Suite 300** | | | | |
| | Number   Street | | | | |
| | **Gaithersburg** | **MD**   **20878** | | | |
| | City | State   ZIP Code | | | |

26c.   List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐   None

| Name and address | | | If any books of account and records are unavailable, explain why |
|---|---|---|---|
| **26c.1** | | | |
| | Name | | |
| | | | |
| | Number   Street | | |
| | | | |
| | City | State   ZIP Code | |

26d.   List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☑   None

---

| Debtor | **Repaintex Company** | | Case number *(if known)* | **25-14334-LMI** |
|---|---|---|---|---|
| | Name | | | |

| **Name and address** |
|---|

**26d.1**

Name

Number        Street

City                                                        State      ZIP Code

---

**27.   Inventories**

Have any inventories of the debtor's property been taken within 2 years before filing this case?

☑ No

☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|
| | | $ |

| Name and address of the person who has possession of inventory records |
|---|

**27.1**

Name

Number        Street

City                                                        State      ZIP Code

---

**28.   List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

| | Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|---|
| **28.1** | Tarek "Kevin" Dagstani | 406 Ironsides Sq SE Leesburg, VA 20175 | Director of Operations | 0.00 |
| **28.2** | Carlos A. Acosta | 12911 Oleander Road Miami, FL 33181 | Sole shareholder and President | 100.00 |

---

**29.   Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

☑ No

☐ Yes. Identify below.

| | Name | Address | Position and nature of any interest | Period during which position or interest was held |
|---|---|---|---|---|
| **29.1** | | | | From _____ To _____ |

---

| Debtor | **Repaintex Company** | Case number *(if known)* | **25-14334-LMI** |
|---|---|---|---|
| | Name | | |

30. **Payments, distributions, or withdrawals credited or given to insiders**

Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☑ No
☐ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|
| **30.1** _____<br>Recipient's Name<br><br>_____<br>Number        Street<br><br>_____<br>City                        State    ZIP Code<br><br>**Relationship to debtor**<br>_____ | | _____ | _____ |

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

☑ No
☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|
| _____ | EIN: _____ |

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

☑ No
☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the pension fund |
|---|---|
| _____ | EIN: _____ |

Copyright © Financial Software Solutions, LLC                                                                                      BlueStylus

| Debtor | **Repaintex Company** | Case number *(if known)* | **25-14334-LMI** |
|---|---|---|---|
| | Name | | |

---

| **Part 14:** | **Signature and Declaration** |
|---|---|

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **5/15/2025**
                MM/DD/YYYY

✗    **/s/ Carlos Acosta**                                    Printed name    **Carlos Acosta**
     Signature of individual signing on behalf of the debtor

     Position or relationship to debtor    **President**

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**

☑ No
☐ Yes

---

Official Form 207          **Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy**          page 14 of 14

Copyright © Financial Software Solutions, LLC          BlueStylus

# United States Bankruptcy Court

## Southern District of Florida

In re  **Repaintex Company**

Debtor(s)

Case No.  **25-14334-LMI**

Chapter  **11**

# VERIFICATION OF CREDITOR MATRIX

The above-named Debtor(s) hereby verify that the attached list of creditors is true and correct to the best of their knowledge.

Date:  **5/15/2025**

**/s/ Carlos Acosta**

**Carlos Acosta**
Signature of Debtor

Copyright © Financial Software Solutions, LLC

**American Express**
**PO BOX 6031**
**Carol Stream, IL 60197-6031**

**Carlos Acosta**
**12911 Oleander Road**
**Miami, FL 33181**

**District of Columbia**
**Office of Tax & Revenue**
**1101 4th Street, SW, Floor 4**
**Washington, DC 20024**

**Elk River Development f/k/a Adams Construction Group, LLC**
**PO Box 413**
**Warrenton, VA 20188**

**Erie Insurance**
**c/o Micheal Black, Esq.**
**2301 W. 22nd Street, Suite 301**
**Oak Brook, IL 60523**

**Florida Department of Revenue**
**5050 W Tennessee Street**
**Tallahassee, FL 32399**

**FLORIDA DEPARTMENT OF REVENUE**
**c/o Agency Clerk**
**501 S. Calhoun Street**
**Room 201, Carlton Building**
**TALAHASSEE, FL 32399-0000**

**Internal Revenue Service**
**PO Box 7346**
**Fort Lauderdale, FL 33324-0000**

**Creditor Matrix**

Copyright © Financial Software Solutions, LLC

**Leesburg Innovation**
**722 East Market Street, Suite 102**
**Leesburg, VA 20176**


**Maryland Department of Revenue**
**Annapolis Compliance**
**60 West Street**
**Suite 102**
**Annapolis, MD 21401-2479**


**Miami Dade County Tax Collector**
**Bankruptcy Paralegal Unit**
**200 N.W. Second Avenue, Suite 430**
**Miami, FL 33130-0000**


**NJ Division of Taxation**
**PO Box 046**
**Trenton, NJ 08601-0046**


**PA Department of Revenue**
**PO BOX 280418**
**Harrisburg, PA 17128-0418**


**South Carolina Dept of Revenue**
**300A Outlet Pointe Boulevard**
**Columbia, SC 29210**


**Tarek "Kevin" Dagstani**
**406 Ironsides Sq SE**
**Leesburg, VA 20175**


**Tennessee Dept of Revenue**
**David Gerregano, Commissioner**
**500 Deaderick Street**
**Nashville, TN 37242**

Copyright © Financial Software Solutions, LLC

**The Hartford Business Insurance**
**200 Colonial Parkway**
**Suite 500**
**Lake Mary, FL 32746**


**Travelers Casualty and Surety Company of America**
**c/o Kelly Engel**
**Claim Executive**
**Bond & Specialty Insurance Claim**
**P.O. Box 2989**
**Hartford, CT 06104-2989**


**Virginia Tax**
**1957 Westmoreland Street**
**Richmond, VA 23230-3225**


**West Virginia Dept of Revenue**
**Taxpayer Services**
**1001 Lee Street East**
**Charleston, WV 25311**


**Wolter Kluwer**
**PO Box 4349**
**Carol Stream, IL 60197-4349**

Copyright © Financial Software Solutions, LLC