**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
www.flsb.uscourts.gov

In re:                                                                Case No.: 25-14334-LMI
                                                                          Chapter 11
REPAINTEX COMPANY,                                          Subchapter V
_____Debtor_____/

### DEBTOR'S NOTICE OF COMPLIANCE WITH REQUIREMENTS FOR AMENDING CREDITOR INFORMATION

This notice is being filed in accordance with Local Rules 1007-2(B), 1009-1(D), or 1019-1(B) upon the filing of an amendment to the debtor's lists, schedules or statements, pursuant to Bankruptcy Rules 1007, 1009, 1019 or 5010-1(B).  I certify that:

[ X ]    The paper filed **adds** creditor(s) as reflected on the <u>attached list</u> (include name and address of each creditor being added).  I have:
1.    remitted the required fee (unless the paper is a Bankruptcy Rule 1019(5) report);
2.    provided the court with a supplemental matrix **of only the added creditors** on a CD or memory stick in electronic text format (ASCII or MS-DOS text), or electronically uploaded  the added creditors in CM/ECF;
3.    provided notice to affected parties, including service of a copy of this notice and a copy of  the §341 or post conversion meeting notice [see Local Rule 1009-1(D)(2)] and filed a certificate of service in compliance with the court [see Local Rule 2002-1(F)];
4.    filed an amended schedule(s) and summary of schedules; and
5.    filed a motion to reopen accompanied by the required filing fee (if adding creditors pursuant to Local Rule 5010-1(B)).

[  ]    The paper filed **deletes** a creditor(s) as reflected on the <u>attached list</u> (include name and address of each creditor being deleted).  **I have:**
1.    remitted the required fee;
2.    provided notice to affected parties and filed a certificate of service in compliance with the court [see Local Rule 2002-1(F)]; and
3.    filed an amended schedule(s) and summary of schedules.

[  ]    The paper filed **corrects** the name and/or address of a creditor(s) as reflected on the <u>attached list.</u>  **I have:**
1.    provided notice to affected parties, including service of a copy of this notice and a copy of the §341 or post conversion meeting notice [see Local Rule 1009-1(D)(2)] and filed a certificate of service in compliance with the court [see Local Rule 2002-1(F)]; and
2.    filed an amended schedule(s) or other paper.

[  ]    The paper filed **corrects** schedule D or E/F amount(s) or classification(s).  **I have:**
1.    remitted the required fee;
2.    provided notice to affected parties and filed a certificate of service in compliance with the court [see Local Rule 2002-1(F)]; and
3.    filed an amended schedule(s) and summary of schedules.

[  ]    None of the above apply. The paper filed does not require an additional fee, a supplemental matrix, or notice to affected parties. It □ does □ does not require the filing of an amended schedule and summary of schedules.

I also certify that, if filing amended schedules, Bankruptcy Form 106 "Declaration About an Individual Debtor's Schedules" (signed by both debtors) or Bankruptcy Form 202 , "Declaration Under Penalty of Perjury for Non-Individual Debtors" has been filed as required by Local Rules 1007-2(B), 1009-1(A)(2) and (D)(1), or 1019-1(B).

Dated:  <u>May 15, 2025</u>

<u>/s/ Jacqueline Calderín</u>
Attorney for Debtor (or Debtor, if pro se)        Joint Debtor (if applicable)

<u>Jacqueline Calderín</u>                                        <u>45 Almeria Avenue</u>
Print Name                                                          Address

<u>134414</u>                                                            <u>305.722.2002</u>
Florida Bar Number                                              Phone Number

LF-4 (rev. 12/01/15)

**Additional Creditors:**

District of Columbia
Office of Tax & Revenue
1101 4th Street, SW, Floor 4
Washington, DC 20024

Florida Department of Revenue
5050 W Tennessee Street
Tallahassee, FL 32399

FLORIDA DEPARTMENT OF REVENUE
c/o Agency Clerk
501 S. Calhoun Street
Room 201, Carlton Building
TALAHASSEE, FL 32399-0000

South Carolina Dept of Revenue
300A Outlet Pointe Boulevard
Columbia, SC 29210

Tennessee Dept of Revenue
David Gerregano, Commissioner
500 Deaderick Street
Nashville, TN 37242

West Virginia Dept of Revenue
Taxpayer Services
1001 Lee Street East
Charleston, WV 25311

The Hartford Business Insurance
200 Colonial Parkway
Suite 500
Lake Mary, FL 32746

Tarek "Kevin" Dagstani
406 Ironsides Sq SE
Leesburg, VA 20175