UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
www.flsb.uscourts.gov

*In re:*

REPAINTEX COMPANY,   Case No.: 25-14334-LMI
                     Subchapter V
___Debtor._____ /   Chapter 11

**DEBTOR'S OBJECTION TO CLAIM OF ANGELA ACOSTA (CLAIM NO. 2-1)**

> **IMPORTANT NOTICE TO CREDITORS:**
> **THIS IS AN OBJECTION TO YOUR CLAIM**
>
> **This objection seeks either to disallow or reduce the amount or change the priority status of the claim filed by you or on your behalf. Please read this objection carefully to identify which claim is objected to and what disposition of your claim is recommended. If you disagree with the objection or the recommended treatment, you must file a written response WITHIN 30 DAYS from the date of service of this objection, explaining why your claim should be allowed as presently filed, and you must serve (mail) a copy to the Trustee OR YOUR CLAIM MAY BE DISPOSED OF IN ACCORDANCE WITH THE RECOMMENDATION IN THIS OBJECTION. Any written response must contain the case name, case number, and must be filed with the Clerk of the United States Courthouse, C. Clyde Atkins, U.S. Courthouse, 301 N. Miami Avenue, Room 150, Miami Florida 33128.**

Pursuant to Bankruptcy Rule 3007 and Local Rule 3007-1, the Debtor objects to proof of claim no. 2-1 filed by Angela Acosta, in the amount of $327,352.30, in this case and states:

| Claim Number | Claimant | Amount Claimed | Recommended Disposition of Claim |
|---|---|---|---|
| 2 | Angela Acosta<br>8332 SW 44th Place<br>Davie, FL 33328 | $327,352.30 | Claim #2 asserts a domestic support obligation and additional claims arising from the Marital Settlement Agreement dated June 23, 2020 (the "MSA") between the claimant and affiliate Debtor, Mr. Carlos Augusto Acosta ("Mr. Acosta").[1] Accordingly, this Claim should be disallowed and administered in the affiliate case of Mr. Acosta. |

---

[1] The instant bankruptcy case is jointly administered with the affiliate case of Carlos Augusto Acosta pursuant to Order of this Court [ECF# 10].

1



**45 Almeria Avenue · Coral Gables, Florida 33134 · T. 305.722.2002 · www.agentislaw.com**

Dated:  August 8, 2025

Respectfully submitted,  *Counsel for the Debtor-In- Possession*
**AGENTIS PLLC**
45 Almeria Avenue,
Coral Gables, FL 33134
Tel: (305) 722-2002


*/s/ Jacqueline Calderin*
Jacqueline Calderin
Fla. Bar No. 968234
jc@agentislaw.com

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was furnished via Notice of Electronic Filing by CM/ECF to all parties registered to receive such service in this case, and by First Class U.S. Mail to all parties listed on the attached service list on August 8, 2025.

*/s/ Jacqueline Calderin*
Jacqueline Calderin
Fla. Bar No. 134414
jc@agentislaw.com

**Service List**
Angela Acosta
8332 SW 44th Place
Davie, FL 33328
E: santiago@muinoslaw.com24.1005.10